# United States Court of Appeals
### For The District of Columbia Circuit

———————

No. 16-1329                                                     September Term, 2017

FERC-154FERC61080,
FERC-156FERC61160

**Filed On:** January 31, 2018

Sierra Club, et al.,

        Petitioners

     v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

Duke Energy Florida, LLC, et al.,
        Intervenors

------------------------------

Consolidated with 16-1387

        **BEFORE:**    Garland, Chief Judge, and Henderson, Rogers, Tatel, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, Wilkins, and Katsas,* Circuit Judges

## O R D E R

     Upon consideration of the petition of intervenor-respondents Duke Energy, et al. ("Duke Energy") for rehearing en banc, and the oppositions thereto; Duke Energy's motion for leave to file a reply in support of its petition and the lodged reply, the opposition to the motion, and the reply to the motion; the motion of petitioners Sierra Club, et al., for leave to file a supplemental response and the lodged supplemental response, the opposition to the motion and cross-motion for leave to file a reply to the supplemental response and the lodged supplemental reply; and the absence of a request by any member of the court for a vote, it is

     **ORDERED** that the motions for leave be granted. The Clerk is directed to file the lodged documents. It is

     **FURTHER ORDERED** that the petition for rehearing en banc be denied.

<u>Per Curiam</u>

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

\* Circuit Judge Katsas did not participate in this matter.